**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| NOE LOSOYA, § | |
|     Petitioner, § | |
| § | Civil Action No. 1:16-CV-00098 |
| v. § | |
| § | |
| LORIE DAVIS, Director, Texas § | |
| Department of Criminal Justice, § | |
| Correctional Institutions Division, § | |
|     Respondent. § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S AMENDED REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" (Docket No. 19). No objections have been filed. After a *de novo* review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED**. It is therefore, **ORDERED, ADJUDGED**, and **DECREED** that Noe Losoya's "Petition for Writ of Habeas Corpus by a Person in State Custody" (Docket No. 3) is dismissed with prejudice. A certificate of appealability shall not issue. The Clerk of the Court is **ORDERED** to close this case.

Signed on this __20th__ day of __June__, 2017.

_____
Rolando Olvera
United States District Judge